**Ola Pfeifer, administratrix of the estate of Clyde E. Pfeifer, deceased, appellee, v. The Belt Railway Company of Chicago, appellant. Gen. No. 31,323.**

Action for wrongful death by violation of the Federal Safety Appliance Act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry Higbee, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

C. G. Austin, Jr., J. Raymond Barse and Samuel Kassel, for appellant. Charles C. Spencer, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Samuel Wenig, appellee, v. Charles Matlin, appellant. Gen. No. 31,442.**

Action to recover profits in joint enterprise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Slottow & Leviton, for appellant; Charles Leviton, of counsel. Shaeffer & Foster, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Roger E. Appleyard, appellee, v. Harry C. Stuart et al., on appeal of Farmers & Merchants State Bank of Leland, Illinois, appellant. Gen. No. 31,500.**

Bill to foreclose a trust deed. Decree for complainant and order to apply receiver's collections to deficiency on sale. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Burke, Jackson & Burke, for appellant. Edwin D. Lawlor, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Advance Mill & Lumber Company, appellee, v. Woodworkers Tool Works, Inc., appellant. Gen. No. 31,515.**

Trover for goods taken on judgment execution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Gilbert F. Wagner, for appellant. John Thornton Gilbert, for appellee.

Mr. Justice Holdom delivered the opinion of the court.